# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID SLYDER** | ) Case No.: |
| Plaintiff. | ) 6:21-CV-00533 |
| v. | ) |
| **WESTLAKE SERVICES, LLC,** | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: August 27, 2021      By: */s/ Amy L.B Ginsburg*
    Amy L.B. Ginsburg, Esquire
    Kimmel & Silverman, P.C.
    30 E. Butler Pike
    Ambler, PA 19002
    Phone: (215) 540-8888
    Fax: (877) 788-2864
    Email: jginsburg@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Amy L.B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

**Marlee (Waxelbaum) Santos**
**Troutman Sanders, LLP**
1001 Haxall Point
# 15TH
Floor Richmond VA
(804) 697-1480
(804) 698-5109
Email: Marlee.Santos@troutman.com
Attorney for Defendant


Dated: August 27, 2021        By: */s/ Amy L.B. Ginsburg*
                                                          Amy L.B. Ginsburg, Esquire
                                                          Kimmel & Silverman, P.C.
                                                          30 E. Butler Pike
                                                          Ambler, PA 19002
                                                          Phone: (215) 540-8888
                                                          Fax: (877) 788-2864
                                                          Email: jginsburg@creditlaw.com