## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| DAVID SLYDER | § |
| Plaintiff, | § Civil Action No. 6:21-cv-00533-ADA-JCM |
| v. | § |
| WESTLAKE SERVICES, LLC d/b/a WESTKAKE FINANCIAL | § |
| Defendant. | § |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

/s/ *Virginia Bell Flynn*  
Virginia Bell Flynn #24101258  
Troutman Pepper Hamilton Sanders LLP  
One Wells Fargo Center  
301 S. College Street, Suite 3400  
Charlotte, NC 28202  
Phone: (704) 988-4050  
Email:virginia.flynn@troutmansanders.com  
Attorney for the Defendant  

Date: September 16, 2021

/s/ *Amy L. Bennecoff Ginsburg*  
Amy L. Bennecoff Ginsburg Esq.  
Kimmel & Silverman, P.C.  
30 East Butler Pike  
Ambler, PA 19002  
Phone: (215) 540-8888  
Fax: (215) 540-8817  
Email: aginsburg@creditlaw.com  
Attorney for the Plaintiff  

Date: September 16, 2021

## **CERTIFICATE OF SERVICE**

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Virginia Bell Flynn #24101258
Troutman Pepper Hamilton Sanders LLP
One Wells Fargo Center
301 S. College Street, Suite 3400
Charlotte, NC 28202
Phone: (704) 988-4050
Email:virginia.flynn@troutmansanders.com
Attorney for the Defendant

DATED:  September 16, 2021             /s/ *Amy L. Bennecoff Ginsburg*
                                        Amy L. Bennecoff Ginsburg Esq.
                                        Kimmel & Silverman, P.C.
                                        30 East Butler Pike
                                        Ambler, PA 19002
                                        Tel: 215-540-8888
                                        Fax: 215-540-8817
                                        Email:aginsburg@creditlaw.com
                                        Attorney for Plaintiff